1   BRIAN R. STRANGE (SBN 103252)
    LACounsel@earthlink.net
2   STRANGE & CARPENTER
    12100 Wilshire Boulevard, Suite 1900
3   Los Angeles, CA 90025
    Telephone:      (310) 207-5055
4   Facsimile:      (310) 826-3210

5   JOSEPH H. MALLEY
    (*pro hac vice pending*)
6   malleylaw@gmail.com
    LAW OFFICE OF JOSEPH MALLEY
7   1045 North Zang Boulevard
    Dallas, TX 75208
8   Telephone:      (214) 943-6100

9

10

    Attorneys for Plaintiffs
11

12

13

14

HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702

ROSEMARIE T. RING (SBN 220769)
Rose.Ring@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
VICTORIA L. BOESCH (SBN 228561)
Victoria.Boesch@mto.com
BRYAN H. HECKENLIVELY (SBN 279140)
Bryan.Heckenlively@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4007

Attorneys for Defendant
HTC America, Inc.

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17              SAN JOSE DIVISION

18

19   ISRAEL OLIVARES; CLARISSA
     PORTALES; individuals, on behalf of
20   themselves and others similarly situated,

21              Plaintiffs,

22   v.

23   CARRIER IQ, INC., a Delaware
     Corporation; HTC AMERICA, INC., a
24   Washington Corporation,

25              Defendant.

26

27

28

CASE NO.  5:11-CV-06151 HRL

**STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**
(MODIFIED BY THE COURT)

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 5:11-CV-06151 HRL

1          WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2          WHEREAS the above-referenced plaintiffs allege violations of the Federal

3    Wiretap Act and other laws by the defendants in this case;

4          WHEREAS over 50 other complaints have been filed to-date in federal district

5    courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

6    cellular telephone and other device users on whose devices software made by defendant Carrier

7    IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ

8    cases");

9          WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

10   Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial

11   proceedings pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or

12   consolidation have been filed, and plaintiffs and defendants anticipate that additional responses

13   will be filed;

14         WHEREAS plaintiffs anticipate the possibility of one or more consolidated

15   amended complaints in the CIQ cases;

16         WHEREAS plaintiffs and defendant HTC America, Inc. have agreed that an

17   orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for

18   the parties and for the Court;

19         WHEREAS plaintiffs agree that the deadline for defendant HTC America, Inc. to

20   answer, move, or otherwise respond to their complaint shall be extended until the earliest of the

21   following dates: (1) forty-five days after the filing of a consolidated amended complaint in the

22   CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs

23   do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court

24   or the MDL transferee court; *provided*, however, that in the event that HTC America, Inc. should

25   agree to an earlier response date in any of these cases, HTC America, Inc. will respond to the

26   complaint in the above-captioned action on that earlier date;

27         WHEREAS plaintiffs further agree that this extension is available, without further

28   stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of
                                                                                    and the court

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 5:11-CV-06151 HRL

1   their intention to join this Stipulation;

2          WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of

3   any defense, including but not limited to the defenses of lack of personal jurisdiction, subject

4   matter jurisdiction, improper venue, sufficiency of process or service of process;

5          WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation

6   does not constitute a waiver of any defense, including but not limited to the defenses of lack of

7   personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or

8   service of process; and

9          WHEREAS, plaintiffs and defendant HTC America, Inc., as well as any defendant

10  joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that

11  defendants have received litigation hold letters, that they are complying with and will continue to

12  comply with all of their evidence preservation obligations under governing law, and that that the

13  delay brought about by this Stipulation should not result in the loss of any evidence,

14         Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-

15  referenced case and defendant HTC America, Inc., by and through their respective counsel of

16  record, hereby stipulate as follows:

17         1.  The deadline for HTC America, Inc. to answer, move, or otherwise respond to

18             plaintiffs' complaint shall be extended until the earliest of the following dates:

19             forty-five days after the filing of a consolidated amended complaint in these cases;

20             or forty-five days after plaintiffs provide written notice to defendant HTC

21             America, Inc. that plaintiffs do not intend to file a Consolidated Amended

22             Complaint; or as otherwise ordered by this Court or the MDL transferee court;

23             *provided*, however, that in the event that HTC America, Inc. should agree to an

24             earlier response date in any of these cases, except by court order, HTC America,

25             Inc. will respond to the complaint in the above-captioned case on that earlier date.

26         2.  This extension is available, without further stipulation with counsel for plaintiffs,

27             to all named defendants who notify plaintiffs in writing of their intention to join

28             this Stipulation;

- 3 -

3. This Stipulation does not constitute a waiver by HTC America, Inc. or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, defendant HTC America, Inc. and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.


DATED: December 21, 2011                    STRANGE & CARPENTER



                                            By: _/s/ Brian R. Strange_____
                                                Brian R. Strange
                                                Attorneys for Plaintiffs

DATED: December 21, 2011                    MUNGER, TOLLES & OLSON LLP



                                            By: _/s/ Rosemarie T. Ring_____
                                                Rosemarie T. Ring
                                                Attorneys for Defendant
                                                HTC America, Inc.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 5:11-CV-06151 HRL

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation, it is SO ORDERED.

3

4

5

Dated: January 9, 2012

_____
Honorable Howard R. Lloyd
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

## **CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION RE: EXTENSION  OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT.  In compliance with General Order 45.X.B., I hereby attest that Brian R. Strange concurred in this filing.

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 5:11-CV-06151 HRL