RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISRAEL OLIVARES; CLARISSA PORTALES; individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., a Delaware corporation, HTC AMERICA, INC., a Washington corporation,<br><br>Defendants. | Case No.: 3:11-cv-06151-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE** |

Pursuant to stipulation, it is HEREBY ORDERED:

1. The date set for ADR certification and selection is continued until further order from this Court.

2. This Stipulation does not constitute a waiver by Carrier IQ or HTC America of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

Dated: 4/24/12



Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen